IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO-YOUNGSTOWN
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: DAVID E. COOK** | * | **CASE NO.: 15-40698** |
| | * | |
| | * | Chapter **13** |
| Debtor | * | |
| | * | JUDGE **HON. KAY WOODS** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**MOTION FOR CONSOLIDATION OF CASES PENDING IN THE SAME COURT
PURSUANT TO 11 U.S.C. SECTION 302 AND
Rule 1015(b)**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now comes the Debtor, by and through counsel, and respectfully moves this Honorable Court for consolidation of his pending bankruptcy case with his wife's pending bankruptcy case pursuant to 11 U.S.C. Sect. 302 and Rule 1015(b). In support hereof, the Debtor states as follows:

1. This case was commenced by the filing of a voluntary petition for relief under the provisions of Chapter 13 of the United States Bankruptcy Code, 11 U.S.C. Sect. 101, et seq., on April 20, 2015 (the "Petition Date").

2. Diana L. Cook commenced a voluntary petition for relief under the provisions of Chapter 13 of the United States Bankruptcy Code, 11 U.S.C. Sect. 101, et seq., on December 9, 2014, being Case No. 14-42512 (the "Related Case").

3. The Debtor is married to and resides with Diana L. Cook and has at all times relative hereto.

4. The Debtor's income is the sole source of the funding of the related case.

5. The Debtor and his spouse have common creditors and share related expenses.

6. The Debtor would have been eligible to file jointly with his wife at the time of the commencement of the related case.

7. In order to fund a feasible Plan to pay the Debtor and his spouse's creditors, it is necessary that this case be consolidated with the related case.

8. Consolidation the two cases will not cause harm to the creditors and there are no conflicts of interest.

WHEREFORE, for the reasons cited above, the Debtor requests that the Court consolidate his case pursuant to 11 U.S.C. Section 302 and Rule 1015(b), with the related case 14-42512 filed by his wife, Diana L. Cook. The Debtor further prays that the Court grant such further and other relief as it deems just and proper.

Respectfully submitted,

By, /S/ Robert L. Herman
ROBERT L. HERMAN (0059617)
Attorney for the Debtor
P.O. Box 21
Kinsman, OH 44428-0021
(330) 876-9703

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Consolidate was served electronically and/or by regular U.S. Mail, postage prepaid to the following

parties on this date:

MICHAEL A GALLO ESQUIRE
5048 BELMONT AVENUE
YOUNGSTOWN OH 44503

OFFICE OF THE US TRUSTEE
BP BUILDING SUITE 3300
200 PUBLIC SQUARE 20TH FLOOR
CLEVELAND OH 44114-2301

ALISON A. GILL ESQ, at Alison@ohiolaws.com

HUNTINGTON NATIONAL BANK
PO BOX 182661
COLUMBUS OH 43218-2661

STEVEN J PAFFILAS, at Steven.Paffilas@usdoj.gov

FORD CREDIT
BOX 220564
PITTSBURGH PA 15257-2564

HC PROCESSING CENTER
PO BOX 829
SPRINGDALE AR 72765-0829

JEFFERSON CAPITAL SYSTEMS LLC
16 MCLELAND ROAD
SAINT CLOUD MN 56303

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK VA 23541

TOTAL CARD INC
5109 S BROADBAND LANE
SIOUX FALLS SD 57108

AMERICAN INFOSOURCE AS AGENT
FOR MIDLAND FUNDING LLC
PO BOX 268941
OKLAHOMA CITY OK 73126-8941

CARDEN COMPANY LLC
AKA CARDEN COMPANY LTD
8031 EAST MARKET STREET
WARREN OH 44484

SCOTT P CIUPAK, at sciupak@reimerlaw.com

PORTFOLIO RECOVERY ASSOCIATES LLC
DEPT 922
PO BOX 4115
CONCORD CA 94524

VELDOS LLC
PO BOX 2824
WOODSTOCK GA 30188

Dated: May 25, 2015.

/S/ Robert L. Herman
ROBERT L. HERMAN
Attorney for the Debtor