IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO-YOUNGSTOWN
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: DAVID E. COOK** | * | CASE NO.: **15-40698** |
| | * | |
| | * | CHAPTER **13** |
| Debtor, | * | |
| | * | JUDGE **HON. KAY WOODS** |
| | * | |
| | * | |

*************************************************************

**NOTICE OF MOTION TO CONSOLIDATE
CASES PENDING IN THE SAME COURT**

*************************************************************

PLEASE TAKE NOTICE that the Debtor has filed papers with the Court to consolidate cases pending in the same court pursuant to 11 U.S.C. Section 302 and Rule 1015(b).

**<u>YOUR RIGHTS MAY BE AFFECTED.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

All interested parties are hereby notified that a Hearing, if any is necessary on the foregoing Motion to Avoid Judgment Lien has been set before Judge Kay Woods, United States Bankruptcy Court, 10 E. Commerce Street, Youngstown, Ohio, on the **25th day of June, 2015 at 10:30 A.M.** to consider any written opposition to such Motion which is filed and served no later than seven calendar days preceding the date stated above.

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **June 18, 2015** (the "Response Deadline") you or your attorney must:

File with the Court a written response setting forth specific grounds for the objection at:

      CLERK
      UNITED STATES BANKRUPTCY COURT
      10 EAST COMMERCE STREET
      YOUNGSTOWN, OHIO 44503

If you mail your request for hearing or response to the Court for filing, you must mail it early enough so the Court will receive it on or before (twenty-one days).

You must also mail a copy to the undersigned attorney at the address listed below together with all of the parties listed on the service list, which was filed with the motion.

ROBERT L. HERMAN, ESQ.  MICHAEL A. GALLO, TRUSTEE
P.O. BOX 21  5048 BELMONT AVENUE
KINSMAN, OH 44428-0021  YOUNGSTOWN, OH 44503

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief requested.

Dated: May 26, 2015.

Respectfully submitted,

By, /s/ Robert L. Herman
ROBERT L. HERMAN
Ohio Reg. No.: 0059617
Attorney for the Debtor
P.O. Box 21
Kinsman, Ohio 44428-0021
Phone: (330) 876-9703

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Motion to Consolidate Cases in the same court was served electronically and/or by regular U.S. Mail, postage prepaid, to the following on this date:

MICHAEL A GALLO ESQ
5048 BELMONT AVENUE
YOUNGSTOWN OH 44503

OFFICE OF THE US TRUSTEE
BP BUILDING SUITE 3300
200 PUBLIC SQUARE 20TH FLOOR
CLEVELAND OH 44114-2301

ALISON A. GILL ESQ, at Alison@ohiolaws.com

HUNTINGTON NATIONAL BANK
PO BOX 182661
COLUMBUS OH 43218-2661

STEVEN J PAFFILAS, at Steven.Paffilas@usdoj.gov

FORD CREDIT
BOX 220564
PITTSBURGH PA 15257-2564

HC PROCESSING CENTER
PO BOX 829
SPRINGDALE AR 72765-0829

JEFFERSON CAPITAL SYSTEMS LLC
16 MCLELAND ROAD
SAINT CLOUD MN 56303

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK VA 23541

TOTAL CARD INC
5109 S BROADBAND LANE
SIOUX FALLS SD 57108

AMERICAN INFOSOURCE AS AGENT
FOR MIDLAND FUNDING LLC
PO BOX 268941
OKLAHOMA CITY OK 73126-8941

CARDEN COMPANY LLC
AKA CARDEN COMPANY LTD
8031 EAST MARKET STREET
WARREN OH 44484

SCOTT P CIUPAK, at sciupak@reimerlaw.com


PORTFOLIO RECOVERY ASSOCIATES LLC
DEPT 922
PO BOX 4115
CONCORD CA 94524

VELDOS LLC
PO BOX 2824
WOODSTOCK GA 30188

Dated: May 26, 2015.

>					/S/ Robert L. Herman
>					ROBERT L. HERMAN
>					Attorney for the Debtor